441 A.2d 455

Commonwealth v. Price, Appellant.

Submitted May 21, 1981. Steve P. Leskinen, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

---

441 A.2d 455

Commonwealth v. Richardson, Appellant.

Petition for Allowance of Appeal Denied Feb. 26, 1982.

Submitted February 9, 1981. Donald R. Calaiaro, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.